IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-691-WKW |
| | ) |
| JOHNNY HARDWICK, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 18, 2016, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed. Upon an independent review of the record and the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. Plaintiff's complaint (Doc. # 1) is DISMISSED prior to service of process, in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted; and

3. This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 9th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE